```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,

            -against-                    MEMORANDUM AND ORDER
                                         14-CR-0264(JS)
ERIC SMITH,                              15-CR-0428(JS)

                        Defendant.
----------------------------------------X
APPEARANCES
For the Government: Nicole Boeckmann, Esq.
                    United States Attorney's Office
                    Eastern District of New York
                    610 Federal Plaza
                    Central Islip, New York 11722

For the Defendant:  Richard Ware Levitt, Esq.
                    Levitt & Kaizer
                    40 Fulton Street, 23rd Floor
                    New York, New York 10038
```

SEYBERT, District Judge:

The Court advises Defendant Eric Smith that:

(1) It has no "understanding" with him as he notes in his January 14, 2020 correspondence.[1]

(2) This is a criminal prosecution and does not involve "chancery" or "equity rights" as claimed in Defendant's Letter.

(3) All proceedings and issues have been public.

---

[1] Defendant's Letter can be found in case number 14-CR-0264, Docket Entry 614, and in case number 15-CR-0428, Docket Entry 78.

(4) On November 12, 2019, at Defendant's request, this Court appointed counsel to assist Defendant with his post-judgment applications. Richard Levitt is an experienced criminal attorney well-versed in habeas proceedings. Defendant should consider his own lack of legal experience before discharging Mr. Levitt.

(5) If Defendant has retained private counsel, as he mentions in his Letter, private counsel must promptly file a notice of appearance on the docket.

(6) Defendant is reminded that certain statute of limitations may apply if he continues to delay his post-trial applications.

The Clerk of the Court is directed to mail a copy of this Order to the Defendant.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: February 5, 2020
        Central Islip, New York